

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JUNDALE PALACAT, individually, JACQUELINE
CRUZ, individually, SANDRA LEMON,
individually, HUNG THI, individually, RACHEL
ODEN, as heir at law to decedent LORRAINE
ODEN,

V.

PFIZER, INC., PHARMACIA CORPORATION, and
G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),
and DOES 1 through 100,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CV 08   **CRB   2036**

TO: (Name and address of defendant)
Pfizer, Inc.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi, SBN 36603
J. Paul Sizemore, SBN 254981
V. Andre Sherman, SBN 198684
Jennifer A. Lenze, SBN 246858
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 1 8 2008

DATE

Richard W. Wieking
CLERK

HELEN L. ALMACEN

(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                    Signature of Server

                                       _____
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JUNDALE PALACAT, individually, JACQUELINE CRUZ, individually, SANDRA LEMON, individually, HUNG THI, individually, RACHEL ODEN, as heir at law to decedent LORRAINE ODEN,

V.

PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.), and DOES 1 through 100,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  **CRB**

CV 08  2036

TO: (Name and address of defendant)
Pharmacia Corp.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi, SBN 36603
J. Paul Sizemore, SBN 254981
V. Andre Sherman, SBN 198684
Jennifer A. Lenze, SBN 246858
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 1 8 2008

DATE _____

Richard W. Wieking
CLERK

HELEN L. ALMACEN
(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                                Signature of Server

                                                    _____
                                                    Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA



JUNDALE PALACAT, individually, JACQUELINE CRUZ, individually, SANDRA LEMON, individually, HUNG THI, individually, RACHEL ODEN, as heir at law to decedent LORRAINE ODEN,

V.

PFIZER, INC., PHARMACIA CORPORATION, and G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.), and Does 1 through 100

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **CRB**

**CV 08 2036**

**TO:** (Name and address of defendant)
G.D. Searle & Co.
c/o CT Service Corporation
818 West Seventh Street
Los Angeles, CA 90017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas V. Girardi, SBN 36603
J. Paul Sizemore, SBN 254981
V. Andre Sherman, SBN 198684
Jennifer A. Lenze, SBN 246858
Girardi Keese
1126 Wilshire Boulevard
Los Angeles, California 90017

an answer to the complaint which is herewith served upon you, within twenty days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

APR 1 8 2008

Richard W. Wieking
CLERK                                      DATE _____

HELEN L. ALMACEN

(BY) DEPUTY CLERK

NDCAO440

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                  Date                                           Signature of Server

                                                              _____
                                                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.