1  THOMAS V. GIRARDI - BAR NO. 36603
   V. ANDRE SHERMAN - BAR NO. 198684
2  Girardi | Keese
   1126 Wilshire Boulevard
3  Los Angeles, California 90017
   Telephone (213) 977-0211
4  Facsimile: (213) 481-1554
   Attorneys for Plaintiffs
5

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX         | Case No.: 08-2036 CRB
   | MARKETING SALES PRACTICES AND      |
13 | PRODUCT LIABILITY LITIGATION       | MDL NO. 1699
   |                                    | District Judge: Charles R. Breyer
14 
   | Junedale Palacat, et al.,          |
15 |                                    |
   |                          Plaintiffs|
16 |                                    | **STIPULATION AND ORDER OF**
   | vs.                                | **DISMISSAL WITH PREJUDICE**
17 |                                    |
18 | Pfizer Inc, et al.,                |
19 |                          Defendants.|
20 

21 Come now the Plaintiffs, Sandra Lemon and Rachel Oden for Lorraine Oden in the above-
22 entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal
23 Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with**
24 **prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys'
25 //
26 //
27 //
28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

fees and costs.

DATED: Feb 21, 2010    By: _____

**GIRARDI | KEESE**
1126 Wilshire Boulevard
Los Angeles, California 90017
Telephone (213) 977-0211
Facsimile: (213) 481-1554

*Attorneys for Plaintiffs*

DATED: Feb. 25, 2010    By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: APR - 5 2010    _____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**